

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00338-CV

Arthur **BUTCHER**,
Appellant

v.

**CITY OF SAN ANTONIO**, Acting by and through its agent City Public Service Board d/b/a
CPS Energy,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05172
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice


On October 13, 2015, appellant's counsel, Mr. Samuel C. Beale, filed an appellate brief that does not comply with the Texas Rules of Appellate Procedure because it does not provide appropriate citations to the clerk's record. *See* TEX. R. APP. P. 38.1(d), (g), (i). The brief filed by Mr. Beale contains only a single citation to the record: "CR 5." The only other reference to a document contained in the brief and on which Mr. Beale relies is not a citation to the record: "Pltf's Aff'd p. _" Other references to documents are included in the "Argument" section of the brief, but it is not clear whether these documents are included in the clerk's record or whether Mr. Beale relies on these documents. For example, one of the references is "Exhibit B1-Job Posting."

An appellant's brief must be supported by record references. *See* TEX. R. APP. P. 38.1(d), (g), (i). Substantial compliance with Rule 38 is sufficient. TEX. R. APP. P. 38.9. However, if Rule 38 has been flagrantly violated, this court may require a brief to be amended, supplemented, or redrawn. TEX. R. APP. P. 38.9(a). If another noncomplying brief is filed, the court may strike the brief, prohibit the party from filing another, and proceed as if the party had failed to file a

brief. *Id.* If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

Also, Texas Rule of Appellate Procedure 9.4(i)(3) requires that the brief contain a Certificate of Compliance. The brief filed by Mr. Beale does not contain this certification.

Because appellant's brief does not comply with Rules 9.4 and 38.1, Mr. Beale is hereby ORDERED to file an amended brief that complies with the rules <u>no later than October 26, 2015.</u>

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2015.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court